Albert TRIEBEL, Jr., Plaintiff–
Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE, et al., Defendants–
Appellees.

No. 02–3407.

United States Court of Appeals,
Seventh Circuit.

Submitted March 27, 2003.*

Decided March 27, 2003.

Before POSNER, MANION, and
WILLIAMS, Circuit Judges.

ORDER

Albert Triebel, Jr., filed this action in
federal district court, *see* 28 U.S.C.
§ 1346(a)(1), seeking to recoup $380 in in-
come tax on the ground that social security
benefits are not taxable. The court dis-
missed his complaint *sua sponte* for failure
to state a claim. Triebel appeals, but his
argument that I.R.C. § 86, 26 U.S.C. § 86,
is unconstitutional because the Sixteenth
Amendment allows Congress to tax only
"income" and not "benefits" is patently
frivolous.

---

* After an examination of the briefs and the
record, we have concluded that oral argu-
ment is unnecessary. Thus, this appeal is
submitted on the briefs and the record. *See*
Federal Rule of Appellate Procedure 34(a)(2).

* We have substituted Daniel Bertrand, the
Warden of Green Bay Correctional Center,

We therefore AFFIRM the judgment of
the district court, and ORDER Triebel to
show cause why he should not be sanc-
tioned for filing a frivolous appeal. *See*
Fed. R.App. P. 38. He has 21 days to file
a response.